1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,            )
                                     )
              Plaintiff,             )
                                     )
vs.                                  )          2:10-cr-575-JCM-VCF
                                     )
FREDERICO MORAN,                     )
aka Rodrigo Castellon-Huizar,        )
                                     )          **ORDER**
              Defendant.             )
                                     )
_____     )

On October 21, 2011, the court granted Michael L. Becker's "Motion to Withdraw as Counsel" (#116).  Therefore;

IT IS HEREBY ORDERED that the Federal Public Defender is appointed in place of Michael L. Becker, Esq. for the purpose of appeal.

IT IS FURTHER ORDERED that Mr. Becker shall forward the file to the Federal Public Defender forthwith.

DATED this  7th  day  of November, 2011.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE