1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,                 2:10-CR-575 JCM (VCF)

                    Plaintiff(s),

v.

RUBEN PEREZ-CRUZ,

                    Defendant(s).

14                                    **ORDER**

15          Presently before the court is the government's motion to extend time (first request) to

16   respond to petitioner's § 2255 petition (doc. # 156), and the government's motion to waive attorney-

17   client privilege (doc. # 157).

18          Petitioner filed his motion to vacate under 28 U.S.C. § 2255 on September 12, 2012.  (Doc.

19   # 153).  In a minute order, this court ordered the government to respond by October 16, 2012.  (Doc.

20   # 154).  The government timely filed this motion to extend time to respond to the § 2255 petition

21   until November 16, 2012.  (Doc. # 156).

22          Local rule 6-1 permits an extension of time for good cause.  The government cites the need

23   to obtain from Michael L. Becker, Esq., a sworn affidavit.  (*See id.*).  Mr. Becker represented

24   petitioner in the criminal case, and petitioner has made ineffective assistance of counsel allegations

25   regarding the representation provided by Mr. Becker.  (*See id.*).  The court finds good cause.

26          The government also seeks a waiver of the attorney-client privilege between petitioner and

27   Mr. Becker.  It is well established that a habeas petitioner severs the attorney-client privilege when

28

**James C. Mahan**
**U.S. District Judge**

1  the petitioner files a § 2255 petition asserting ineffective assistance of counsel. *Bittaker v.*

2  *Woodford*, 331 F.3d 715, 716-17 (9th Cir. 2003) ("It has long been the rule in the federal courts that,

3  where a habeas petitioner raises a claim of ineffective assistance of counsel, he waives the attorney-

4  client privilege as to all communications with his allegedly ineffective lawyer."). The court waives

5  the attorney-client privilege between petitioner and Mr. Becker.

6       Accordingly,

7       IT IS HEREBY ORDERED ADJUDGED AND DECREED that the government's motion

8  to extend time (first request) (doc. # 156) be, and the same hereby is, GRANTED.

9       IT IS FURTHER ORDERED ADJUDGED AND DECREED that the government's motion

10  to waive attorney-client privilege (doc. # 157) be, and the same hereby is, GRANTED.

11       DATED October 11, 2012.

12

13  _____

14  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James C. Mahan
U.S. District Judge

- 2 -